UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA ANN MEDVEY, | : | CIVIL NO. 301CV1977(WWE) |
| Plaintiff, | : | |
| v. | | |
| | : | |
| OXFORD HEALTH PLANS, INC., and METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | | OCTOBER 21, 2003 |

## DEFENDANTS' MOTION TO COMPEL

Pursuant to Rules 33, 34 and 37 of the Federal Rules of Civil Procedure, the defendants Oxford Health Plans, Inc. and Metropolitan Life Insurance Company, hereby move to compel the plaintiff, Patricia Ann Medvey, to comply with defendants' discovery demands, dated May 29, 2003. In support of its motion, the defendants rely upon the annexed affidavit of David J. Burke, Esq., and the accompanying Memorandum of Law.

STAM1-744848-1

        **DEFENDANTS,**
        **OXFORD HEALTH PLANS, INC.,**
        **METROPOLITAN LIFE INSURANCE**
        **COMPANY**

        By:      /s/ David J. Burke
                David A. Kulle (ct00333)
                dkulle@rc.com
                David J. Burke (ct04373)
                dburke@stam.rc.com
                Robinson & Cole LLP
                280 Trumbull Street
                Hartford, CT  06103-3597
                Tel No.:  (860) 275-8200
                Fax No.:  (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, to Edmond Clark, Esq., 83 Scotland Avenue, Madison, Connecticut 06443-2501, on October 21, 2003.

                                                                                                                       /s/ David J. Burke
                                                                                                                       David J. Burke