# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA ANN MEDVEY, | : | CIVIL NO.  301CV1977(WWE) |
| Plaintiff, | : | |
| v. | : | |
| OXFORD HEALTH PLANS, INC., and METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| Defendants. | : | OCTOBER 21, 2003 |

## MEMORANDUM OF LAW IN SUPPORT
## OF DEFENDANTS' MOTION TO COMPEL

The defendants', Oxford Health Plans, Inc. and Metropolitan Life Insurance Company (hereinafter "Defendants") submit this Memorandum of Law in support of their Motion to Compel the plaintiff, Patricia Ann Medvey (hereinafter "Medvey"), to comply with Defendants' discovery demands, dated May 29, 2003.  Medvey has not objected to any of Defendants' discovery demands.  In fact, Medvey's counsel has repeatedly promised to answer the discovery demands, but not such responses have been forthcoming.  Thus, Medvey should be ordered to comply with the demands, and Defendants' Motion to Compel should be granted in its entirety.

STAM1-744842-1

## ARGUMENT

This action arises out of Medvey's allegations that she was terminated from her position at Oxford in violation of the Americans with Disabilities Act, the Connecticut Fair Employment Practices Act, and the Rehabilitation Act of 1973.  In accordance with the Court ordered Rule 26(f) report, Defendants served Medvey with interrogatories and requests for production on May 29, 2003.  On August 22, 2003, having received no responses or objections to these discovery demands, the undersigned wrote to Medvey's counsel demanding that responses be served on or before September 5, 2003.  Defendants also noticed the deposition of Ms. Medvey for September 18, 2003.  See Affidavit of David J. Burke, Paragraphs 3 through 7 and Exhibits A and B attached thereto.  On September 8, 2003, Medvey's counsel wrote to the undersigned promising responses within a week.  Id.  To date there have been no responses received to the discovery demands.  As a result of the failure of Medvey to respond to Defendants' discovery demands, Defendants have been forced to adjourn Medvey's deposition indefinitely.

## CONCLUSION

For all the above reasons, Defendants hereby respectfully requests that the Court grant their Motion to Compel responses to the Discovery Requests served on May 29, 2003, so that discovery may be concluded and the deposition of Medvey may be taken.

                        **DEFENDANTS,**
                        **OXFORD HEALTH PLANS, INC.,**
                        **METROPOLITAN LIFE INSURANCE**
                        **COMPANY**

By:      _____/s/ David J. Burke_____
             David A. Kulle (ct00333)
             dkulle@rc.com
             David J. Burke (ct04373)
             dburke@stam.rc.com
             Robinson & Cole LLP
             280 Trumbull Street
             Hartford, CT  06103-3597
             Tel No.:  (860) 275-8200
             Fax No.:  (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, to Edmond Clark, Esq., 83 Scotland Avenue, Madison, Connecticut 06443-2501, on October 21, 2003.

       /s/ David J. Burke
David J. Burke