FILED

2003 OCT 22  P 12: 27

US

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA ANN MEDVEY, | : | CIVIL NO. 301CV1977(WWE) |
| Plaintiff, | : | |
| v. | : | |
| OXFORD HEALTH PLANS, INC., and METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| Defendants. | : | OCTOBER 21, 2003 |

## AFFIDAVIT

COUNTY OF FAIRFIELD  :
                     :  SS
STATE OF CONNECTICUT :

DAVID J. BURKE, ESQ., being duly sworn, deposes and says:

1. I am an attorney with the law firm of Robinson & Cole LLP, attorneys for defendants Oxford Health Plans, Inc. and Metropolitan Life Insurance Company (hereinafter "Defendants"), and as such I am fully familiar with the facts and circumstances set forth herein.

2. I respectfully submit this affidavit in support of Defendants' Motion to Compel.

3. On May 29, 2003 I served plaintiff Patricia Medvey's counsel, Edward Clark, Esq., with Interrogatories and Requests for Production.

STAM1-744904-1

4.     On August 22, 2003, having received no response and no objections to these Interrogatories and Requests for Production, I wrote to Attorney Clark demanding that responses be served on or before September 5, 2003. A copy of this August 22, 2003 letter is attached hereto as <u>Exhibit A</u>.

5.     I also noticed the deposition of Ms. Medvey for September 18, 2003.

6.     On September 8, 2003, Attorney Clark wrote to me promising responses within a week. A copy of the September 8, 2003 letter is attached hereto as <u>Exhibit B</u>.

7.     To date there have been no responses received to the Interrogatories and Requests for Production, nor have there been any objections to those discovery demands.

_____
DAVID J. BURKE

Sworn to and subscribed before me
this **21 sT** day of October, 2003

_____
Notary Public

GAYLE CLARKE
Notary Public
Fairfield County Connecticut
My Commission Expires November 30, 2005

2

# ROBINSON & COLE LLP

DAVID J. BURKE

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
dburke@rc.com
Direct (203) 462-7507

Also admitted in New York

*Via Federal Express*

August 22, 2003

Edmond Clark, Esq.
83 Scotland Avenue
P.O. Box 133
Madison, CT 06443-0133

Re: **Medvey v. Oxford Health Plans, Inc.**
    **Civil No. 3:01CV1977 (WWE)**

Dear Attorney Clark:

As you know, we served you with Interrogatories and Requests for Production on May 29, 2003. To date we have had no response from you. Pursuant to the Federal Rules of Civil Procedure your time to object has long since past. We therefore demand that you respond to each and every interrogatory and request for production on or before September 5, 2003 or we will be forced to move to compel these responses pursuant to Rule 37.

Also enclosed is a Notice for Ms. Medvey's deposition on September 18, 2003.

Sincerely,

David J. Burke

DJB/gec
Enclosure

*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

www.rc.com   STAM1-741259-1

# Edmond Clark, Esq.

<u>Counselor at Law</u>

83 Scotland Avenue
Post Office Box 133
Madison, Connecticut
06443-0133

Telephone: 203.245.4602
Facsimile: 203.245.9734
E-Mail: eclarkmadisonlaw@aol.com

8 September 2003

Via: USPS and FAX (203) 462-7599

David J. Burke, Esq.
Robinson & Cole LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Re:   Patricia Ann Medvey
      SSN: 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

Dear Attorney Burke,

    I am in the process of responding to Defendants' Interrogatories and Requests for Production. Although late with the required responses I expect to complete this work by the end of this week.

Sincerely,

cc: Patricia Ann Medvey