# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA ANN MEDVEY, | : | CIVIL NO. 301CV1977(WWE) |
| Plaintiff, | : | |
| v. | : | |
| OXFORD HEALTH PLANS, INC., and METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| Defendants. | : | NOVEMBER 14, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

The defendants, Oxford Health Plans, Inc. ("Oxford") and Metropolitan Life Insurance Company (Metropolitan Life"), respectfully move for an extension of time until December 31, 2003, for the parties to file dispositive motions in the above-referenced matter. On May 9, 2003, this Court ordered that dispositive motions be filed on November 30, 2003. October 22, 2003, the defendants filed a Motion to Compel discovery responses from the plaintiff. Plaintiff's response to the Motion to Compel was due to be filed with the Court on November 12, 2003. As of this date, the defendants have not been served with a response to their Motion to Compel. Since the defendants have received no responses to their discovery requests, they may decide to file either a motion for non-suit against the plaintiff or a motion for summary judgment against the plaintiff in the near future. In the meantime, the defendants seek this brief enlargement of

STAM1-746851-1

time so that they may decide what course of action to follow.  This is the defendants' first request for an extension of time with regard to this issue.

                                      **DEFENDANTS,**
                                      **OXFORD HEALTH PLANS, INC.,**
                                      **METROPOLITAN LIFE INSURANCE**
                                      **COMPANY**

By:    __s/s David J. Burke_____
          David A. Kulle (ct00333)
          dkulle@rc.com
          David J. Burke (ct04373)
          dburke@stam.rc.com
          Robinson & Cole LLP
          280 Trumbull Street
          Hartford, CT  06103-3597
          Tel No.:  (860) 275-8200
          Fax No.:  (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, to Edmond Clark, Esq., 83 Scotland Avenue, Madison, Connecticut 06443-2501, on November 14, 2003.

                                                                               _____s/s David J. Burke_____
                                                                               David J. Burke