UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 26 A 11: 51

MEDVEY,
    Plaintiff

v.

OXFORD HEALTH PLANS, et al.
    Defendants.

: 3:01cv1977 (WWE)

## REFERRAL TO MAGISTRATE JUDGE

This above-captioned is referred to Magistrate Judge Holly Fitzsimmons for the following purposes:

____ All purposes including trial upon written request by all parties (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

**XXX** A ruling on the following pending motion (orefm):
    Motion to Compel--doc. #34

____ A settlement conference   (orefmisc./cnf)

____ A scheduling conference   (orefmisc/cnf)

____ Other:  (orefmisc./misc)

SO ORDERED this 25th day of November, 2003 at Bridgeport, Connecticut.

Warren W. Eginton
Senior U.S. District Judge