HONORABLE _Ellen Bree Burns_

DEPUTY CLERK _Kolesnikoff_   RPTR/ERO/TAPE _Baldwin_

TOTAL TIME: ___ hours _10_ minutes

DATE _12/16/03_   START TIME _10:15_   END TIME _10:25_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Medvey_
vs.
_Oxford Health_

CIVIL NO. _3:01cv1977_

§
§
§
§
§

_Edmond Clark_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_David Burke_
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☒ #34   Motion _to Compel_   ☐ granted ☐ denied ☒ advisement

Hearing continued until _____ at _____