## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA ANN MEDVEY, | : | CIVIL NO. 301CV1977(WWE) |
| Plaintiff, | : | |
| v. | : | |
| OXFORD HEALTH PLANS, INC., and METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | | DECEMBER 10, 2003 |

## **AFFIDAVIT**

COUNTY OF FAIRFIELD  :
                                           : SS
STATE OF CONNECTICUT :

       DAVID J. BURKE, ESQ., being duly sworn, deposes and says:

       1.      I am an attorney with the law firm of Robinson & Cole LLP, attorneys for defendants Oxford Health Plans, Inc. and Metropolitan Life Insurance Company (hereinafter "Defendants"), and as such I am fully familiar with the facts and circumstances set forth herein.

       2.      I respectfully submit this affidavit in support of Defendants' Amended Motion to Compel.

       3.      On May 29, 2003 I served plaintiff Patricia Medvey's counsel, Edward Clark, Esq., with Interrogatories and Requests for Production.

STAM1-744904-2

4. On August 22, 2003, having received no response and no objections to these Interrogatories and Requests for Production, I wrote to Attorney Clark demanding that responses be served on or before September 5, 2003. A copy of this August 22, 2003 letter is attached hereto as <u>Exhibit A</u>.

5. I also noticed the deposition of Ms. Medvey for September 18, 2003.

6. On September 8, 2003, Attorney Clark wrote to me promising responses within a week. A copy of the September 8, 2003 letter is attached hereto as <u>Exhibit B</u>.

7. On October 21, 2003, having received no further responses to the Interrogatories and Requests for Production, I filed a Motion to Compel on behalf of the Defendants.

8. Medvey's response to that motion was due, pursuant to Local Rule 7, on November 12, 2003, but no response was filed by that date.

9. In a later response to that motion, however, Medvey served discovery responses upon Defendants on November 20, 2003, but those responses were incomplete, as noted in Defendants Memorandum of Law in Support of Defendants' Amended Motion to Compel.

10. I have attempted to obtain complete discovery responses from Plaintiff's counsel, but we have been unable, as of this date, to reach an agreement.

  11. These incomplete responses have also prevented me from conducting the deposition of Ms. Medvey, and from preparing dispositive motions on behalf of my clients.

                _____S/S_____
                DAVID J. BURKE

Sworn to and subscribed before me
this _____ day of December, 2003

_____S/S_____
Notary Public

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, to Edmond Clark, Esq., 83 Scotland Avenue, Madison, Connecticut 06443-2501 on December 10, 2003.

                                                              _____S/S_____
                                                              David J. Burke