**EXHIBIT A
TO
AFFIDAVIT**

# ROBINSON & COLE LLP

DAVID J. BURKE

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
dburke@rc.com
Direct (203) 462-7507

Also admitted in New York

*Via Federal Express*

August 22, 2003

Edmond Clark, Esq.
83 Scotland Avenue
P.O. Box 133
Madison, CT 06443-0133

Re: **Medvey v. Oxford Health Plans, Inc.**
**Civil No. 3:01CV1977 (WWE)**

Dear Attorney Clark:

As you know, we served you with Interrogatories and Requests for Production on May 29, 2003. To date we have had no response from you. Pursuant to the Federal Rules of Civil Procedure your time to object has long since past. We therefore demand that you respond to each and every interrogatory and request for production on or before September 5, 2003 or we will be forced to move to compel these responses pursuant to Rule 37.

Also enclosed is a Notice for Ms. Medvey's deposition on September 18, 2003.

Sincerely,

David J. Burke

DJB/gec
Enclosure

*Law Offices*

BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK

*www.rc.com*   STAM1-741259-1