**EXHIBIT B
TO
AFFIDAVIT**

Case 3:01-cv-01977-EBB   Document 43-3   Filed 12/11/2003   Page 1 of 2

Case 3:01-cv-01977-EBB    Document 43-3    Filed 12/11/2003    Page 2 of 2

# Edmond Clark, Esq.

<u>Counselor at Law</u>

83 Scotland Avenue
Post Office Box 133
Madison, Connecticut
06443-0133

Telephone: 203.245.4602
Facsimile: 203.245.9734
E-Mail: eclarkmadisonlaw@aol.com

8 September 2003

Via: USPS and FAX (203) 462-7599

David J. Burke, Esq.
Robinson & Cole LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Re:   Patricia Ann Medvey
      SSN: 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

Dear Attorney Burke,

    I am in the process of responding to Defendants' Interrogatories and Requests for Production. Although late with the required responses I expect to complete this work by the end of this week.

Sincerely,

[signature]

cc: Patricia Ann Medvey