FILED

2003 DEC 11 A 10: 59

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA ANN MEDVEY, | :    CIVIL NO. 301CV1977(WWE) |
| Plaintiff, | : |
| v. | |
| | : |
| OXFORD HEALTH PLANS, INC., and METROPOLITAN LIFE INSURANCE COMPANY, | : |
| | : |
| Defendants. | DECEMBER 10, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

The defendants, Oxford Health Plans, Inc. ("Oxford") and Metropolitan Life Insurance Company ("Metropolitan Life"), respectfully move for an extension of time until January 31, 2003, for the parties to file dispositive motions in the above-referenced matter. On May 9, 2003, this Court ordered that dispositive motions be filed on November 30, 2003. October 22, 2003, the defendants filed a Motion to Compel discovery responses from the plaintiff. Plaintiff's response to the Motion to Compel was due to be filed with the Court on November 12, 2003. On November 20, 2003, Plaintiff served incomplete responses to defendants' discovery requests and defendants' have amended, and will refile, their Motion to Compel in order to obtain complete responses. Since the defendants have received incomplete responses to their discovery requests, they have not been able prepare dispositive motions.

STAM1-747990-1

The defendants now seek this brief enlargement of time so that they may obtain complete discovery responses, depose the plaintiff, and file appropriate dispositive motions. This is the defendants' second request for an extension of time with regard to this issue. Plaintiff's counsel consents to this enlargement of time.

                DEFENDANTS,
                OXFORD HEALTH PLANS, INC.,
                METROPOLITAN LIFE INSURANCE COMPANY

By: _____
David A. Kulle (ct00333)
dkulle@rc.com
David J. Burke (ct04373)
dburke@stam.rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel No.: (860) 275-8200
Fax No.: (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, to Edmond Clark, Esq., 83 Scotland Avenue, Madison, Connecticut 06443-2501, on December 10, 2003.

David J. Burke