FILED

2003 DEC 16  A 10: 32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA ANN MEDVEY, | : CIVIL ACTION NO.<br>  3:01CV1977(WWE) |
| Plaintiff, | |
| v. | : |
| OXFORD HEALTH PLANS, INC. AND<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, | |
| Defendants. | : DECEMBER 16, 2003 |

PLAINTIFF'S OPPOSITION TO
DEFENDANTS' AMENDED MOTION TO COMPEL
DATED DECEMBER 10 2003.

Pursuant to Rules 33, 34 and 37 of the Federal Rules of Civil Procedure, Plaintiff Patricia Ann Medvey provides the following response in opposition to Defendants' Amended Motion to Compel compliance with Defendants' discovery demands.

Plaintiff provided responses to the discovery demands of the Defendants on November 20, 2003 in the form of "Plaintiff Patricia Ann Medvey's Responses and Objections to Defendants' Interrogatories" and "Plaintiff Patricia Ann Medvey's Responses to Defendants' Request for Production." See Defendants' Exhibit A.

In response to Defendants' assertion that Plaintiff has provided less than complete answers to the interrogatories, Plaintiff claims the responses are appropriate to the inquiries. Plaintiff further claims the answers and responses to the request for production is complete, in that Plaintiff, by the entirety of the response rendered to Defendants, has turned over to Defendants all the documents as are reflective of the matter and as are in the possession of the Plaintiff.

                                            THE PLAINTIFF,
                                            PATRICIA ANN MEDVEY

                                            By: _____

                                            Edmond Clark
                                            83 Scotland Avenue
                                            Post Office Box 133
                                            Madison, CT  06443-0133
                                            Telephone: (203) 245-4602
                                            Facsimile: (203) 245-9734
                                            E-Mail: Eclarkmadisonlaw@aol.com
                                            Federal Bar No. ct22396
                                            Her Attorney.

## CERTIFICATION OF SERVICE.

      This is to certify that a copy of the foregoing has been hand delivered on this 16th day of December 2003, to:

>David J. Burke, Esq.
>Robinson & Cole LLP
>695 East Main Street
>Stamford, CT  06901

      and

>David A. Kulle, Esq.
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT  06103-3597

_____
Edmond Clark