**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **MEDVEY,** | : | **3:01cv1977(WWE)** |
| | : | |
| **v.** | : | |
| | : | |
| **OXFORD HEALTH PLANS.** | : | |
| | : | |

**REFERRAL TO MAGISTRATE JUDGE**

    This above-captioned is referred to Magistrate Judge Holly Fitzsimmons for the following purposes:

\_\_\_    All purposes including trial upon written request by all parties (orefcs.)

\_\_\_    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_    To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

**XXX**    A ruling on the following pending motions(orefm):

**#41 Motion to Compel**

\_\_\_\_\_    A settlement conference  (orefmisc./cnf)

\_\_\_\_    A scheduling conference  (orefmisc/cnf)

\_\_\_    Other:  (orefmisc./misc)

    SO ORDERED this 9th day of February, 2004 at Bridgeport, Connecticut.

                                        _____/s/_____
                                        Warren W. Eginton
                                        Senior U.S. District Judge