UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICIA MEDVEY                    :
                                   :
v.                                 :   CIV. NO. 3:00cv1477 (WWE)
                                   :
                                   :
OXFORD HEALTH PLANS,               :
et al                              :

## Scheduling Order

On January 28, 2004, the defendant contacted the court to request an extension of time. With the agreement of the parties, the schedule is modified as follows.

Discovery shall be completed on or before March 20, 2004.

Dispositive motions are due on or before April 22, 2004.

SO ORDERED at Bridgeport this 5th day of February 2004.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE