UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICIA MEDVEY          :
                         :
v.                       :  CIV. NO. 3:01cv1977 (WWE)
                         :
OXFORD HEALTH PLANS,     :
ET AL.                   :

<u>Corrected[1] Ruling</u>

The court held a discovery hearing in this case on December 16, 2003. After hearing from counsel and with the agreement of the parties, defendant's motion to compel **[doc #34, doc #41]** and motion for extension of time **[doc #44]** are **granted** as follows.

Plaintiff will provide defendant with sworn answers to interrogatories, the requested tax information and medical records, and any other outstanding discovery materials on or before Wednesday, February 4, 2004.  If plaintiff is unable to obtain the tax or medical records documents by the deadline, plaintiff shall provide defendants with written authorization for defendants to subpoena the documents. The parties should contact the court to request an order if required.

---

[1] On January 26, 2004, the court issued a ruling [doc #46] granting defendant's October 22, 2003 motion to compel [doc #34]. Defendants filed an amended motion to compel [doc #41] on December 10, 2003. The court's January 26, 2004 ruling addressed the arguments as raised in the amended motion to compel. Accordingly, the recommended ruling **[doc. #46]** is **VACATED**, and this ruling, which is the same in all substantive respects, shall enter.

Defendants will provide plaintiffs with Ms. Medvey's personnel file on or before Friday, February 20, 2004.

The deadline to complete discovery is extended until February 20, 2004.

The deadline to file dispositive motions is extended until Monday, March 22, 2004.

Should additional discovery issues arise, the parties are encouraged to contact the court for a telephone conference prior to filing motions.

SO ORDERED at Bridgeport this 11th day of February 2004.

```
     ___/s/_____
     HOLLY B. FITZSIMMONS
     UNITED STATES MAGISTRATE JUDGE
```