FILED
MAR 22  2 40 PM '04
U.S. DISTRICT COURT
HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA ANN MEDVEY, | : CIVIL ACTION NO.<br>3:01CV1977(EBB) |
| Plaintiff, | |
| v. | : |
| OXFORD HEALTH PLANS, INC. AND<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, | |
| Defendants. | : MARCH 19, 2004 |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME.

The Plaintiff, Patricia Ann Medvey, respectfully moves for an extension of time until April 21, 2004 for the parties to complete discovery in the above referenced matter. This requested date represents an additional thirty days to complete ongoing depositions and to finalize a complete exchange of documents; an extension of thirty days from the previous date as set by the Scheduling Order of February 5, 2004. The Plaintiff further, respectively, moves for an extension of time to file dispositive motions. Pursuant to these requested deadlines, Defendants' dispositive motion shall be filed on or before May 21, 2004, an extension of thirty days from the previous date as set by the Scheduling Order of February 5, 2004. Plaintiff's brief in opposition shall be filed on or before June 10, 2004. Defendants' reply brief, if any, may be filed on or before June 25, 2004.

The Plaintiff now seeks this brief enlargement of time so that the parties may obtain a completion of discovery and depositions, and file appropriate dispositive motions. This is the Plaintiff's first request for an extension of time, and the third such request with regard to these issues. Upon consultation, Defendants' counsel concurred with the needs of and the request for the additional time.

        THE PLAINTIFF,
        PATRICIA ANN MEDVEY

        By: _____

        Edmond Clark
        83 Scotland Avenue
        Post Office Box 133
        Madison, CT  06443-0133
        Telephone: (203) 245-4602
        Facsimile: (203) 245-9734
        E-Mail: Eclarkmadisonlaw@aol.com
        Federal Bar No.  ct22396
        Her Attorney.

## CERTIFICATION OF SERVICE.

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this the 19th day of March 2004, to:

>David J. Burke, Esq.
>Robinson & Cole LLP
>695 East Main Street
>Stamford, CT 06901

>and

>David A. Kulle, Esq.
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT 06103-3597

_____
Edmond Clark