UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA ANN MEDVEY, | : CIVIL ACTION NO.<br>3:01CV1977(EBB) |
| Plaintiff, | |
| v. | : |
| OXFORD HEALTH PLANS, INC. AND<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, | |
| Defendants. | : MARCH 19, 2004 |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME.**

The Plaintiff, Patricia Ann Medvey, respectfully moves for an extension of time until April 21, 2004 for the parties to complete discovery in the above referenced matter. This requested date represents an additional thirty days to complete ongoing depositions and to finalize a complete exchange of documents; an extension of thirty days from the previous date as set by the Scheduling Order of February 5, 2004. The Plaintiff further, respectively, moves for an extension of time to file dispositive motions. Pursuant to these requested deadlines, Defendants' dispositive motion shall be filed on or before May 21, 2004, an extension of thirty days from the previous date as set by the Scheduling Order of February 5, 2004. Plaintiff's brief in opposition shall be filed on or before June 10, 2004. Defendants' reply brief, if any, may be filed on or before June 25, 2004.