FILED
APR 12  2 17 PM '04
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA ANN MEDVEY, | : CIVIL ACTION NO. |
| | 3:01CV1977(EBB) |
| Plaintiff, | : |
| v. | : |
| OXFORD HEALTH PLANS, INC. AND METROPOLITAN LIFE INSURANCE COMPANY, | : |
| Defendants. | : APRIL 10, 2004 |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME.

The Plaintiff, Patricia Ann Medvey, respectfully moves for an extension of time until May 21, 2004 for the parties to complete discovery in the above referenced matter. This requested date represents an additional thirty days to complete ongoing depositions and to finalize a complete exchange of documents; an extension of thirty days from the previous date as set by the Scheduling Order of February 5, 2004 and subsequent Motion for Enlargement dated March 19, 2004. The Plaintiff further, respectively, moves for an extension of time to file dispositive motions. Pursuant to these requested deadlines, Defendants' dispositive motion shall be filed on or before June 30, 2004, an extension of thirty days from the previous date as set by the Scheduling Order of February 5, 2004.

Case 3:01-cv-01977-EBB    Document 54    Filed 04/12/2004    Page 1 of 3

Plaintiff's brief in opposition shall be filed on or before July 10, 2004. Defendants' reply brief, if any, may be filed on or before July 30, 2004.

The Plaintiff now seeks this brief enlargement of time so that the parties may obtain a completion of discovery and depositions, and file appropriate dispositive motions. This is the Plaintiff's second request for an extension of time, and the fourth such request of the parties with regard to these issues. Upon consultation, Defendants' counsel concurred with the needs of and the request for the additional time.

> THE PLAINTIFF,
> PATRICIA ANN MEDVEY
>
> By: _____
>
> Edmond Clark
> 83 Scotland Avenue
> Post Office Box 133
> Madison, CT 06443-0133
> Telephone: (203) 245-4602
> Facsimile: (203) 245-9734
> E-Mail: Eclarkmadisonlaw@aol.com
> Federal Bar No. ct22396
> Her Attorney.

## CERTIFICATION OF SERVICE.

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this the 10th day of April 2004, to:

>David J. Burke, Esq.
>Robinson & Cole LLP
>695 East Main Street
>Stamford, CT 06901

>and

>David A. Kulle, Esq.
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT 06103-3597

_____
Edmond Clark