UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA ANN MEDVEY, | : CIVIL ACTION NO. |
| | 3:01CV1977(EBB) |
| Plaintiff, | : |
| v. | : |
| OXFORD HEALTH PLANS, INC. AND METROPOLITAN LIFE INSURANCE COMPANY, | : |
| Defendants. | : APRIL 10, 2004 |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME.**

The Plaintiff, Patricia Ann Medvey, respectfully moves for an extension of time until May 21, 2004 for the parties to complete discovery in the above referenced matter. This requested date represents an additional thirty days to complete ongoing depositions and to finalize a complete exchange of documents; an extension of thirty days from the previous date as set by the Scheduling Order of February 5, 2004 and subsequent Motion for Enlargement dated March 19, 2004. The Plaintiff further, respectively, moves for an extension of time to file dispositive motions. Pursuant to these requested deadlines, Defendants' dispositive motion shall be filed on or before June 30, 2004, an extension of thirty days from the previous date as set by the Scheduling Order of February 5, 2004.