FILED
Oct 14  2 43 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA ANN MEDVEY, | : CIVIL ACTION NO. |
| | 3:01CV1977(EBB) |
| Plaintiff, | : |
| v. | : |
| OXFORD HEALTH PLANS, INC. AND METROPOLITAN LIFE INSURANCE COMPANY, | : |
| Defendants. | : OCTOBER 14, 2004 |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME.

The Plaintiff, Patricia Ann Medvey, respectfully moves for an extension of time of thirty days, until November 15, 2004, to file a Reply Memorandum in Opposition to Defendants' dispositive motions in the above referenced matter. Defendants' reply brief, if any, may be filed on or before December 15, 2004.

The Plaintiff now seeks this brief enlargement of time to afford adequate additional time to respond to the dual motions of two Defendants', Oxford Health Plans, Inc. and Metropolitan Life Insurance Company, and the voluminous exhibits therein.

This is the Plaintiff's fourth request for an extension of time; Defendants have made an equal number of requests for enlargement, to which the Plaintiff has agreed.

Defendants' counsel, upon consultation and with regard to the status of matters at this date, concurs with the needs of and the request for the additional time.

          THE PLAINTIFF,
          PATRICIA ANN MEDVEY

          By: _____

          Edmond Clark
          83 Scotland Avenue
          Post Office Box 133
          Madison, CT  06443-0133
          Telephone: (203) 245-4602
          Facsimile: (203) 245-9734
          E-Mail: Eclarkmadisonlaw@aol.com
          Federal Bar No.  ct22396
          Her Attorney.

## **CERTIFICATION OF SERVICE.**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this the 14th day of October 2004, to:

>David J. Burke, Esq.
>Robinson & Cole LLP
>695 East Main Street
>Stamford, CT  06901

>and

>David A. Kulle, Esq.
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT  06103-3597

_____
Edmond Clark