UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICIA ANN MEDVEY, : CIVIL ACTION NO.
 3:01CV1977(EBB)
       Plaintiff,

v. :

OXFORD HEALTH PLANS, INC. AND
METROPOLITAN LIFE INSURANCE
COMPANY,

       Defendants. : NOVEMBER 12, 2004

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME.

The Plaintiff, Patricia Ann Medvey, respectfully moves for an extension of time of ten days, until November 24, 2004, to file a Reply Memorandum in Opposition to Defendants' dispositive motions in the above referenced matter. Defendants' reply brief, if any, may be filed on or before December 24, 2004.

The Plaintiff now seeks this brief enlargement of time to afford adequate additional time to respond to the dual motions of two Defendants', Oxford Health Plans, Inc. and Metropolitan Life Insurance Company, and the voluminous exhibits therein.

This is the Plaintiff's fifth request for an extension of time; Defendants have made four requests for enlargement in this matter, to which the Plaintiff has agreed. Defendants'

counsel, upon consultation and with regard to the status of matters at this date, concurs with the needs of and the request for the additional time.

        THE PLAINTIFF,
        PATRICIA ANN MEDVEY

By: _____

Edmond Clark
83 Scotland Avenue
Post Office Box 133
Madison, CT 06443-0133
Telephone: (203) 245-4602
Facsimile: (203) 245-9734
E-Mail: Eclarkmadisonlaw@aol.com
Federal Bar No. ct22396
Her Attorney.

## **CERTIFICATION OF SERVICE.**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this the 12th day of November 2004, to:

>David J. Burke, Esq.
>Robinson & Cole LLP
>695 East Main Street
>Stamford, CT  06901

>and

>David A. Kulle, Esq.
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT  06103-3597

_____
Edmond Clark