FILED

2004 NOV 24 ₱ 2: 32

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA ANN MEDVEY, | : CIVIL ACTION NO. |
| | 3:01CV1977(EBB) |
| Plaintiff, | : |
| v. | : |
| OXFORD HEALTH PLANS, INC. AND METROPOLITAN LIFE INSURANCE COMPANY, | : |
| Defendants. | : NOVEMBER 24, 2004 |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT IN EXCESS OF FORTY PAGES.

Plaintiff, Patricia Ann Medvey, through counsel, respectfully moves the Court for permission to file a Memorandum in Opposition to Defendants' Motions for Summary Judgment in excess of forty pages. In support of this motion, Plaintiff represents as follows:

1. Defendants have moved for Summary Judgment on all four counts of Plaintiff's Amended Complaint dated May 21, 2002.

2. Defendants' memorandum of law in support of the Motion for Summary Judgment includes several arguments relating to the four counts of the complaint and is in excess of the forty page limit as established by Local Rule.

3. Plaintiff's response to the issues Defendants have raised has required slightly in excess of the forty page limit as mandated by Local Rule.

**WHEREFORE,** Plaintiff respectfully requests the Court grant her a motion to file a Memorandum in Opposition in excess of the forty page limit.

THE PLAINTIFF,
PATRICIA ANN MEDVEY

By: _____

Edmond Clark
83 Scotland Avenue
Post Office Box 133
Madison, CT 06443-0133
Telephone: (203) 245-4602
Facsimile: (203) 245-9734
E-Mail: Eclarkmadisonlaw@aol.com
Federal Bar No. ct22396
Her Attorney.

## **CERTIFICATION OF SERVICE.**

      This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this the 24th day of November 2004, to:

      David J. Burke, Esq.
      Robinson & Cole LLP
      695 East Main Street
      Stamford, CT  06901

      and

      David A. Kulle, Esq.
      Robinson & Cole LLP
      280 Trumbull Street
      Hartford, CT  06103-3597

_____
Edmond Clark