FILED
2004 NOV 24 P 2:
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICIA ANN MEDVEY, : CIVIL ACTION NO.
                                                                                  3:01CV1977(EBB)
   Plaintiff,

v. :

OXFORD HEALTH PLANS, INC. AND
METROPOLITAN LIFE INSURANCE
COMPANY,

   Defendants. : NOVEMBER 24, 2004

### PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT
### IN THE MATTER OF METROPOLITAN LIFE INSURANCE COMPANY.

Plaintiff files this Statement pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a)2 as her response to Defendants' assertions in a Rule 56(a)1 Statement of September 15, 2004 and to present Plaintiff's genuine issues of material fact to be tried.

**A. Plaintiff's Response to Defendant's Assertions.**

1. Plaintiff admits the facts as asserted by the Defendant.

2. Plaintiff admits the facts as asserted by the Defendant.

3. Plaintiff denies the facts as asserted by the Defendant.

4. Plaintiff denies the facts as asserted by the Defendant.

5. Plaintiff admits the facts as asserted by the Defendant.

6. Plaintiff admits the facts as asserted by the Defendant.

7. Plaintiff admits the facts as asserted by the Defendant.

8. Plaintiff admits the facts as asserted by the Defendant.

9. Plaintiff admits the facts as asserted by the Defendant.

10. Plaintiff denies the facts as asserted by the Defendant.

11. Plaintiff admits the facts as asserted by the Defendant.

12. Plaintiff denies the facts as asserted by the Defendant.

13. Plaintiff admits the facts as asserted by the Defendant.

14. Plaintiff denies the facts as asserted by the Defendant.

15. Plaintiff admits the facts as asserted by the Defendant.

16. Plaintiff admits the facts as asserted by the Defendant.

17. Plaintiff admits the facts as asserted by the Defendant.

18. Plaintiff admits the facts as asserted by the Defendant.

**B. Plaintiff's Issues of Material Fact – Genuine Issues to Be Tried.**

Plaintiff files this Statement pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a)2 as to present Plaintiff's genuine issues of material fact to be tried.

1. MetLife was the claims administrator and insurer for Oxford's disability program. Def. Ex. L, Affidavit of Jeanne Rudell, Paras. 5 & 6.

2. Medvey explored job opportunities at Oxford with representatives of MetLife. Ex. D, Medvey Dep. IV, 144; Pl. Ex. F, Dep. Ex. 18.

3. MetLife kept a "Daily Review – Report" on Medvey and issues of her case. Ex. D, Medvey Dep. IV, 144; Ex. F, Dep. Ex. 18.

4. MetLife received and reviewed information on Medvey provided by Dr. Brown. Ex. D, Medvey Dep. IV, 66-67; Pl. Ex. F, Dep. Ex. 28 (Def.).

5. MetLife Nurse Burkett suggested Medvey be examined by Robert Lesser, M.D., neuro-ophthalmologist. Ex. D, Medvey Dep. IV, 71-72, 79.

6. MetLife participated in all decision making where issues involved Medvey's medical leave. Ex. D, Medvey Dep. IV, 80-81; Pl. Ex. F, Dep. Ex. 37 (Def.).

7. MetLife participated in all decision making where issues involved Medvey's medical diagnoses. Def. Ex. H, Orsaia Affidavit, Para. 6-7.

8. MetLife recognized Medvey's Condition would benefit from a change in position at Oxford. Pl. Ex. F, Dep. Ex. 18, p. 12.

- 3 -

9. Pat Thal of MetLife, indicated Medvey to be classified as partially disabled for reasons of her limitations. Ex. D, Medvey Dep. IV, 87-90, Pl. Ex. F, Dep. Ex. 42 (Def.).

10. Medvey made direct inquiries to MetLife in an effort to return to work at Oxford. Ex. D, Medvey Dep. IV, 144; Pl. Ex. F, Dep. Ex. 18, pp. 8, 9, 15, 20.

THE PLAINTIFF,
PATRICIA ANN MEDVEY

By: _____

Edmond Clark
83 Scotland Avenue
Post Office Box 133
Madison, CT 06443-0133
Telephone: (203) 245-4602
Facsimile: (203) 245-9734
E-Mail: Eclarkmadisonlaw@aol.com
Federal Bar No. ct22396
Her Attorney.

- 4 -

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this the 24th day of November 2004, to:

>David J. Burke, Esq.
>Robinson & Cole LLP
>695 East Main Street
>Stamford, CT 06901

>and

>David A. Kulle, Esq.
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT 06103-3597

_____
Edmond Clark