*FILED*

2004 NOV 24  **P** 2: 39

U.S. DISTRICT COURT
NEW HAVEN, CT

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

PATRICIA ANN MEDVEY,                              :  CIVIL ACTION NO.
                                                               3:01CV1977(EBB)
          Plaintiff,

v.                                                              :

OXFORD HEALTH PLANS, INC. AND
METROPOLITAN LIFE INSURANCE
COMPANY,

          Defendants.                               :  NOVEMBER 24, 2004


**PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT
IN THE MATTER OF OXFORD HEALTH PLANS, INC.**


Plaintiff files this Statement pursuant to Rule 56 of the Federal Rules of Civil

Procedure and Local Rule 56(a)2 as her response to Defendants' assertions in a Rule

56(a)1 Statement of September 15, 2004 and to present Plaintiff's genuine issues of

material fact to be tried.


**A. Plaintiff's Response to Defendant's Assertions.**

1. Plaintiff admits the facts as asserted by the Defendant.

2. Plaintiff admits the facts as asserted by the Defendant.

3.  Plaintiff denies the facts as asserted by the Defendant.

4.  Plaintiff admits the facts as asserted by the Defendant.

5.  Plaintiff admits the facts as asserted by the Defendant.

6.  Plaintiff admits the facts as asserted by the Defendant.

7.  Plaintiff admits the facts as asserted by the Defendant.

8.  Plaintiff denies the facts as asserted by the Defendant.

9.  Plaintiff admits the facts as asserted by the Defendant.

10.  Plaintiff denies the facts as asserted by the Defendant.

11.  Plaintiff admits the facts as asserted by the Defendant.

12.  Plaintiff admits the facts as asserted by the Defendant.

13.  Plaintiff admits the facts as asserted by the Defendant.

14.  Plaintiff admits the facts as asserted by the Defendant.

15.  Plaintiff denies the facts as asserted by the Defendant.

16.  Plaintiff admits the facts as asserted by the Defendant.

17.  Plaintiff admits the facts as asserted by the Defendant.

18.  Plaintiff admits the facts as asserted by the Defendant.

19.  Plaintiff admits the facts as asserted by the Defendant.

20.  Plaintiff admits the facts as asserted by the Defendant.

21.  Plaintiff admits the facts as asserted by the Defendant.

22.  Plaintiff admits the facts as asserted by the Defendant.

23. Plaintiff admits the facts as asserted by the Defendant.

24. Plaintiff admits the facts as asserted by the Defendant.

25. Plaintiff admits the facts as asserted by the Defendant.

26. Plaintiff admits the facts as asserted by the Defendant.

27. Plaintiff denies the facts as asserted by the Defendant.

28. Plaintiff admits the facts as asserted by the Defendant.

29. Plaintiff denies the facts as asserted by the Defendant.

30. Plaintiff denies the facts as asserted by the Defendant.

31. Plaintiff admits the facts as asserted by the Defendant.

32. Plaintiff admits the facts as asserted by the Defendant.

33. Plaintiff denies the facts as asserted by the Defendant.

34. Plaintiff denies the facts as asserted by the Defendant.

35. Plaintiff admits the facts as asserted by the Defendant.

36. Plaintiff denies the facts as asserted by the Defendant.

37. Plaintiff admits the facts as asserted by the Defendant.

38. Plaintiff admits the facts as asserted by the Defendant.

39. Plaintiff admits the facts as asserted by the Defendant.

40. Plaintiff admits the facts as asserted by the Defendant.

41. Plaintiff admits the facts as asserted by the Defendant.

42. Plaintiff denies the facts as asserted by the Defendant.

43. Plaintiff admits the facts as asserted by the Defendant.

44. Plaintiff admits the facts as asserted by the Defendant.

45. Plaintiff admits the facts as asserted by the Defendant.

46. Plaintiff admits the facts as asserted by the Defendant.

47. Plaintiff admits the facts as asserted by the Defendant.

48. Plaintiff admits the facts as asserted by the Defendant.

49. Plaintiff admits the facts as asserted by the Defendant.

50. Plaintiff admits the facts as asserted by the Defendant.

51. Plaintiff admits the facts as asserted by the Defendant.

52. Plaintiff admits the facts as asserted by the Defendant.

53. Plaintiff denies the facts as asserted by the Defendant.

54. Plaintiff admits the facts as asserted by the Defendant.

55. Plaintiff admits the facts as asserted by the Defendant.

56. Plaintiff admits the facts as asserted by the Defendant.

57. Plaintiff admits the facts as asserted by the Defendant.

58. Plaintiff admits the facts as asserted by the Defendant.

59. Plaintiff admits the facts as asserted by the Defendant.

60. Plaintiff admits the facts as asserted by the Defendant.

61. Plaintiff denies the facts as asserted by the Defendant.

62. Plaintiff admits the facts as asserted by the Defendant.

63. Plaintiff admits the facts as asserted by the Defendant.

64. Plaintiff admits the facts as asserted by the Defendant.

65. Plaintiff admits the facts as asserted by the Defendant.

66. Plaintiff admits the facts as asserted by the Defendant.

67. Plaintiff admits the facts as asserted by the Defendant.

68. Plaintiff admits the facts as asserted by the Defendant.

69. Plaintiff admits the facts as asserted by the Defendant.

70. Plaintiff denies the facts as asserted by the Defendant.

71. Plaintiff denies the facts as asserted by the Defendant.

72. Plaintiff admits the facts as asserted by the Defendant.

73. Plaintiff admits the facts as asserted by the Defendant.

74. Plaintiff admits the facts as asserted by the Defendant.

75. Plaintiff denies the facts as asserted by the Defendant.

76. Plaintiff admits the facts as asserted by the Defendant.

77. Plaintiff admits the facts as asserted by the Defendant.

78. Plaintiff admits the facts as asserted by the Defendant.

79. Plaintiff admits the facts as asserted by the Defendant.

80. Plaintiff denies the facts as asserted by the Defendant.

81. Plaintiff admits the facts as asserted by the Defendant.

82. Plaintiff admits the facts as asserted by the Defendant.

83. Plaintiff admits the facts as asserted by the Defendant.

84. Plaintiff denies the facts as asserted by the Defendant.

85. Plaintiff admits the facts as asserted by the Defendant.

86. Plaintiff denies the facts as asserted by the Defendant.

87. Plaintiff admits the facts as asserted by the Defendant.

88. Plaintiff admits the facts as asserted by the Defendant.

89. Plaintiff admits the facts as asserted by the Defendant.

90. Plaintiff admits the facts as asserted by the Defendant.

91. Plaintiff admits the facts as asserted by the Defendant.

92. Plaintiff admits the facts as asserted by the Defendant.

93. Plaintiff admits the facts as asserted by the Defendant.

94. Plaintiff admits the facts as asserted by the Defendant.

95. Plaintiff admits the facts as asserted by the Defendant.

96. Plaintiff denies the facts as asserted by the Defendant.

97. Plaintiff admits the facts as asserted by the Defendant.

98. Plaintiff admits the facts as asserted by the Defendant.

99. Plaintiff admits the facts as asserted by the Defendant.

**B. Plaintiff's Issues of Material Fact – Genuine Issues to Be Tried.**

Plaintiff files this Statement pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a)2 as to present Plaintiff's genuine issues of material fact to be tried.

1. Medvey was diagnosed with both mental and physical impairments. Ex. D, Medvey Dep. IV, 115-117; Pl. Ex. F. Dep. Ex. 4.

2. Medvey suffers a chronic disability. Pl. Ex. F. Dep. Ex. 4.

3. Medvey received several diagnoses of her disability. Def. Ex. B, Medvey Dep. II, 84-85, 100; Ex. D, Medvey Dep. IV, 85; Ex. D, Medvey Dep. IV, 71-72, 79; Ex. E, Medvey Dep. V, 4.

4. Medvey sought reasonable accommodation from Oxford for her disability. Ex. C, Medvey Dep. III, 60, 143; Ex. F. Dep. Ex. 59 (Def.); Ex. B, Medvey Dep. II, 29-30, 83-85; Def. Ex. F, Dep. Exs. 26,29.

5. Medvey did not have the wherewithal to self diagnose her mental Condition. Ex. E, Medvey Dep. V, 5; Ex. A, Medvey Dep. I, 22; Ex. D, Medvey Dep. IV, 12; Pl. Ex. G.

6. Medvey's disability was substantially limiting to her major life activities. Ex. D, Medvey Dep. IV, 69-70; Ex. A, Medvey Dep. I, 28; *Id.*, 27-28; Ex. D, Medvey Dep. IV, 6-10; Ex. C, Medvey Dep. III, 12-14; Ex. B, Medvey Dep. II, 110-123.

7. Medvey could perform the essential functions of her job, with or without reasonable accommodation. Ex. A, Medvey Dep. I, 41; Ex. B, Medvey Dep. II, 55, 58-59, 67; Def. Ex. F, Dep. Ex. 16, p.2; Ex. C, Medvey Dep. III, 143; Ex. F, Dep. Ex. 59 (Def.).

8. Medvey indicated the availability of other more suitable positions at Oxford. Ex. A, Medvey Dep. I, 37, 56; Ex. B, Medvey Dep. II, 29-30; Ex. B, Medvey Dep. II, 25-27.

9. Medvey has realized reasonable accommodations at other jobs and by other employers. Ex. C, Medvey Dep. III, 60.

10. Medvey was rejected for positions at Oxford. Ex. A, Medvey Dep. I, 37, 56; Ex. B, Medvey Dep. II, 25-27; 29-30, 70.

11. Medvey suffered an adverse employment action. Ex. D, Medvey Dep. IV, 96-98; Ex. F, Def. Dep. Ex. 48.

12. Medvey did not have the capacity to claim knowledge of Oxford's business decision making motivation.

13. Oxford cannot claim business interest downsizing as a reason for denying Medvey a position. Ex. C, Medvey Dep. III, 143; Ex. F, Dep. Ex. 59; *Id.*, 148, 160; Ex. F. Dep. Ex. 60 (Def.).

14. Medvey claims a causal link between her continuous and persistent seeking of a reasonable accommodation to her abrupt termination by Oxford. Ex. D, Medvey Dep. IV, 96-98; Ex. F, Def. Dep. Ex. 48.

THE PLAINTIFF,
PATRICIA ANN MEDVEY

By: _____

Edmond Clark
83 Scotland Avenue
Post Office Box 133
Madison, CT  06443-0133
Telephone: (203) 245-4602
Facsimile: (203) 245-9734
E-Mail: Eclarkmadisonlaw@aol.com
Federal Bar No.  ct22396
Her Attorney.

- 9 -

## CERTIFICATION OF SERVICE,

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this the 24th day of November 2004, to:

David J. Burke, Esq.
Robinson & Cole LLP
695 East Main Street
Stamford, CT  06901

and

David A. Kulle, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

_____
Edmond Clark