FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  2004 DEC -2 P 4: 35

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| PATRICIA ANN MEDVEY, | : CIVIL ACTION NO. |
| | 3:01CV1977(EBB) |
| Plaintiff, | |
| v. | : |
| OXFORD HEALTH PLANS, INC. AND METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | : NOVEMBER 24, 2004 |

**PLAINTIFF'S EXHIBITS TO MEMORANDUM IN OPPOSITION
TO DEFENDANT OXFORD HEALTH PLANS, INC.
MOTION FOR SUMMARY JUDGMENT.**

Exhibit A – Excerpts from Deposition of Patricia Ann Medvey, 3/18/04 ("Medvey Dep. I").

Exhibit B – Excerpts from Deposition of Patricia Ann Medvey, 5/13/04 ("Medvey Dep. II").

Exhibit C – Excerpts from Deposition of Patricia Ann Medvey, 5/18/04 ("Medvey Dep. III").

Exhibit D – Excerpts from Deposition of Patricia Ann Medvey, 5/28/04 ("Medvey Dep. IV").

Exhibit E – Excerpts from Deposition of Patricia Ann Medvey, 6/30/04 ("Medvey Dep. V").

Exhibit F –

    Exhibits Marked at the Deposition of Patricia Ann Medvey, and accompanying Defendants' Memorandum of Law in Support of Motion for Summary Judgment.

    Dep. Ex. 1   (Defendant)
    Dep. Ex. 11 (Defendant)
    Dep. Ex. 12 (Defendant)
    Dep. Ex. 13 (Defendant)
    Dep. Ex. 15 (Defendant)
    Dep. Ex. 16 (Defendant)

Dep. Ex. 18 (Defendant)
Dep. Ex. 19 (Defendant)
Dep. Ex. 20 (Defendant)
Dep. Ex. 24 (Defendant)
Dep. Ex. 26 (Defendant)
Dep. Ex. 27 (Defendant)
Dep. Ex. 28 (Defendant)
Dep. Ex. 29 (Defendant)
Dep. Ex. 30 (Defendant)
Dep. Ex. 37 (Defendant)
Dep. Ex. 39 (Defendant)
Dep. Ex. 42 (Defendant)
Dep. Ex. 48 (Defendant)
Dep. Ex. 59 (Defendant)
Dep. Ex. 60 (Defendant)

Exhibit G –

Plaintiff's Exhibits Marked at the Deposition of Patricia Ann Medvey:

Deposition Exhibit – Plaintiff's No. 3
Deposition Exhibit – Plaintiff's No. 4
Deposition Exhibit – Plaintiff's No. 18

Exhibit H – Affidavit of Pat Orsaia

Exhibit I – Affidavit of Jeanne Rudell

                                    THE PLAINTIFF,
                                    PATRICIA ANN MEDVEY

                                    By: _____

                                    Edmond Clark
                                    83 Scotland Avenue
                                    Post Office Box 133
                                    Madison, CT 06443-0133
                                    Telephone: (203) 245-4602
                                    Facsimile: (203) 245-9734
                                    E-Mail: Eclarkmadisonlaw@aol.com
                                    Federal Bar No. ct22396
                                    Her Attorney.

## CERTIFICATION OF SERVICE.

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this the 24th day of November 2004, to:

David J. Burke, Esq.
Robinson & Cole LLP
695 East Main Street
Stamford, CT 06901

and

David A. Kulle, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

_____
Edmond Clark