UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA ANN MEDVEY, | : CIVIL NO. 3:01-CV1977 (EBB) |
| **Plaintiff,** | : |
| V. | : |
| OXFORD HEALTH PLANS, INC., and METROPOLITAN LIFE INSURANCE COMPANY. | : |
| **Defendants.** | : DECEMBER 9, 2004 |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

The Defendants Oxford Health Plans, Inc. and Metropolitan Life Insurance Company, respectfully move for an extension of time of thirty days, until January 24, 2005, to file Defendants' reply brief to Plaintiff's brief, which was filed on November 24, 2004.

The undersigned is having cardiac surgery for aortic valve replacement on December 14, 2004 and will not return to work before the first of the year, and therefore the Defendants seek this brief enlargement of time to afford counsel for the Defendants adequate time to consult with his clients. This is the Defendants' first request for an extension of time. Plaintiff's counsel concurs this request for additional time.

STAM1-769752-1

DEFENDANTS
OXFORD HEALTH PLANS, INC., and
METROPOLITAN LIFE INSURANCE
COMPANY

By: _____
David A. Kulle (ct00333)
dkulle@rc.com
David J. Burke (ct04373)
dburke@stam.rc.com
Robinson & Cole LLP
695 East Main Street
Stamford, CT 06904
Tel No.: (203) 462-7500
Fax No.: (203) 462-7599

- 3 -

## **CERTIFICATION**

This is to certify that the foregoing was faxed and mailed to Edmond Clark, Esq., 83 Scotland Avenue, P.O. Box 133, Madison, CT 06443-0133 on this 9th day of December 2004.

_____
David J. Burke