UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PATRICIA ANN MEDVEY,** | : | **CIVIL NO. 3:01-CV1977 (EBB)** |
| | : | |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| **OXFORD HEALTH PLANS, INC., and** | : | |
| **METROPOLITAN LIFE INSURANCE** | : | |
| **COMPANY.** | : | |
| | : | |
| Defendants. | : | **JANUARY 14, 2005** |

**<u>DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME</u>**

The Defendants Oxford Health Plans, Inc. and Metropolitan Life Insurance Company, respectfully move for an extension of time of an additional forty-five days, until March 14, 2005, to file Defendants' reply brief to Plaintiff's brief, which was filed on November 24, 2004.

David Burke, the lead counsel in this matter, underwent cardiac surgery for aortic valve replacement on December 14, 2004. Due to complications from that surgery, Mr. Burke underwent additional surgery on December 30, 2004 on his pericardium. Mr. Burke has been told by his surgeon that he is not allowed to drive until approximately February 1, 2005, and will not be fully recovered and able to return to work until the beginning of February. Therefore the Defendants seek this brief enlargement of time to afford counsel for the Defendants adequate

STAM1-769752-2

time to consult with his clients.  This is the Defendants' second request for an extension of time.

Plaintiff's counsel concurs in this request for additional time.

                    **DEFENDANTS**
                    **OXFORD HEALTH PLANS, INC., and**
                    **METROPOLITAN LIFE INSURANCE**
                    **COMPANY**

By:    s/s Diane Bucci_____
     David J. Burke (ct04373)
     dburke@rc.com
     Diane Bucci (ct23763)
     dbucci@rc.com
     Robinson & Cole LLP
     695 East Main Street
     Stamford, CT  06904
     Tel No.:  (203) 462-7500
     Fax No.:  (203) 462-7599

- 3 -

## CERTIFICATION

This is to certify that the foregoing was faxed and mailed to Edmond Clark, Esq., 83 Scotland Avenue, P.O. Box 133, Madison, CT 06443-0133 on this 14th day of January 2005.

                                                                                                    ____s/s Diane Bucci_____  
                                                                                                      Diane Bucci