UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PATRICIA ANN MEDVEY,** | : | CIVIL NO. 3:01-CV1977 (EBB) |
| | : | |
| **Plaintiff,** | : | |
| V. | : | |
| | : | |
| **OXFORD HEALTH PLANS, INC., and** | : | |
| **METROPOLITAN LIFE INSURANCE** | : | |
| **COMPANY.** | : | |
| | : | |
| **Defendants.** | : | MARCH 14, 2005 |

**MOTION FOR LEAVE TO FILE
MEMORANDUM OF LAW IN EXCESS OF TEN PAGES**

Defendant Oxford Health Plans, Inc. respectfully moves the Court for permission to file a Reply Memorandum of Law in Support of Summary Judgment in excess of ten pages. In support of this motion, Defendant represents as follows:

1. Defendant is moving for summary judgment with regard to all four of the plaintiff's remaining counts.

2. Defendant's memorandum includes several arguments relating to four different statutes: ERISA (preemption), the Americans with Disabilities Act, the Rehabilitation Act, and the Connecticut Fair Employment Practices Act. The issues concerning these four statutes are complex and require more space than is available than the 10-page limitation of Local Rule 7(d).

3. Defendant believes that, given the nature and extent of the claims by the plaintiff at issue at this case, the excess pages are required to provide the Court with a thorough, cogent

analysis of the legal issues and the relevant law.  Defendant is hopeful that, if given permission to file a memorandum of law in excess of 10 pages, any and all claims in this action will be disposed of by the court, as a matter of law.

**WHEREFORE**,  Defendant respectfully requests that the Court grant its motion to file a memorandum of law in excess of 10 pages.

        **DEFENDANT**
        **OXFORD HEALTH PLANS, INC.**


By: _____/s/ David J. Burke_____
    David A. Kulle (ct00333)
    dkulle@rc.com
    David J. Burke (ct04373)
    dburke@rc.com
    Diane Bucci (ct23763)
    dbucci@rc.com
    Robinson & Cole LLP
    695 East Main Street
    Stamford, CT  06904
    Tel No.:  (203) 462-7500
    Fax No.:  (203) 462-7599

- 3 -

## CERTIFICATION

This is to certify that the foregoing was send via Federal Express to Edmond Clark, Esq., 83 Scotland Avenue, P.O. Box 133, Madison, CT 06443-0133 on this 14th day of March 2005.

      /s/ David J. Burke
David J. Burke

- 3 -