## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PATRICIA ANN MEDVEY

     v.                                        Civil No.  3:01CV1977(EBB)

OXFORD HEALTH PLANS, INC., OXFORD
SELECT BENEFITS PROGRAM, AND
METROPOLITAN LIFE INSURANCE COMPANY

### JUDGMENT

This matter came on for consideration on defendant Oxford Health Plans, Inc.'s and Metropolitan Life Insurance Company's motion for summary judgment before the Honorable Ellen Bree Burns, Senior United States District Judge and the Honorable Warren W. Eginton, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion, and on September 20, 2005, a Ruling on Motion for Summary Judgment entered granting the relief. On February 6, 2003, a Ruling on Motion to Dismiss entered dismissing defendant Oxford Select Benefits Program.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 26th day of September, 2005.

KEVIN F.  ROWE, CLERK
By

_____
Melissa Ruocco
Deputy Clerk

EOD: _____